UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:21-cv-09831-JAK-MAA**                                                Date: **March 17, 2022**

Title            *Robinson v. Acting Warden*

---

Present:     The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Narissa Estrada  |  N/A  |
|:---:|:---:|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Respondent:  |
|:---:|:---:|
|  N/A  |  N/A  |

**Proceedings (In Chambers):**     Order to Show Cause Re: Dismissal for Lack of Prosecution

Petitioner is ordered to show cause, in writing, no later than **April 15, 2022**, why this action should not be dismissed for lack of prosecution.

If Petitioner files one of the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☒   $5 filing fee
- ☒   Declaration in Support of Request to Proceed *In Forma Pauperis* (form attached)
- ☒   Written response to the Court's January 6, 2022 Order (order attached)
- ☒   Notice of voluntary dismissal (form attached)

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Form CV-27, pp. 6-7 (Declaration in Support of Request to Proceed *In Forma Pauperis*)
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))
January 6, 2022 Order (ECF No. 3)