# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH ROBINSON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ACTING WARDEN,<br><br>　　　　　　Respondent. | Case No. 2:21-CV-09831-SSS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired, and no objections have been made.

**IT THEREFORE IS ORDERED** that (1) the Report and Recommendation of the Magistrate Judge is **ACCEPTED**; and (2) Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **WITHOUT PREJUDICE**.

Dated: November 30, 2022

　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　United States District Judge