JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH ROBINSON,<br><br>        Petitioner,<br><br>    v.<br><br>ACTING WARDEN,<br><br>        Respondent. | Case No. 2:21-CV-09831-SSS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Petition is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 30, 2022

_____
SUNSHINE S. SYKES
United States District Judge